JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS BODNAR, | ) | No. ED CV 22-511-DSF (PLA) |
| Plaintiff, | ) | **ORDER CLOSING CASE** |
| v. | ) | |
| COUNTY OF RIVERSIDE, SHERIFF'S DEPARTMENT, | ) | |
| Defendant. | ) | |

    On March 21, 2022, plaintiff filed a civil rights Complaint in this action. (ECF No. 1). Plaintiff did not submit the filing fee or request to proceed in forma pauperis and, on March 24, 2022, the Court denied plaintiff in forma pauperis status and ordered him to pay the filing fees in full within 30 days. (ECF No. 4). Plaintiff was advised that failure to do so would result in the case being dismissed. (Id.). Plaintiff has failed to pay the fees or otherwise respond.

    Accordingly, the action is dismissed and the case is closed.

DATED: April 29, 2022

                                                                      /s/ Dale S. Fischer
                                                HONORABLE DALE S. FISCHER
                                                UNITED STATES DISTRICT JUDGE